AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| ALEXANDER MARINO | ) Case No. 20-6003-SNOW |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __01/04/2020__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | ATTEMPTED BANK ROBBERY |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Jessie Apaza, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/04/2020

_____
Judge's signature

City and state: Ft. Lauderdale, Florida

Lurana S. Snow, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Jessie Apaza, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent for the Federal Bureau of Investigation ("FBI") currently assigned to the Violent Crimes/Fugitive Task Force in the Miami Division. Prior to my assignment to the Violent Crimes/Fugitive Task Force, I was assigned to the Complex Financial Crimes squad for three years. I have received training at the FBI Academy in Quantico, Virginia. As a Special Agent for the FBI, my current duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been an FBI Special Agent since September 2015 and have been assigned to the Miami Division since March 2016. Prior to my employment as a Special Agent with the FBI, I worked as an FBI Investigative Specialist from June 2010 to September 2015 where I investigated threats to national security.

2. This affidavit is submitted in support of a criminal complaint charging ALEXANDER MARINO (hereinafter "MARINO") with attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a).

3. I respectfully submit there is probable cause to believe that on January 04, 2020, MARINO did knowingly attempt to take, by intimidation, from the persons and presence of employees of Bank of America, located at 21 S. Pompano Parkway, Pompano Beach, Florida 33069, United States currency belonging to, and in the care custody, control, management, and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

4. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and bank security personnel

involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against MARINO for the above-described criminal violation.

## PROBABLE CAUSE

5. On January 4, 2020, at approximately 9:27 a.m., a white male with tattoos on his face, later identified as MARINO, entered the Bank of America, located at 21 S. Pompano Parkway, Pompano Beach, Florida 33069. Bank of America is insured by the Federal Deposit Insurance Corporation.

6. MARINO, wearing a white t-shirt with a graphic displayed on the front and jeans, bypassed a line of customers, approached the victim bank teller, and stated "I want $1,000 and I have a gun." The victim bank teller asked MARINO to repeat himself and MARINO stated "I want $1,000 and I have a gun." The victim bank teller, in fear for the safety of herself and others present in the bank, activated the silent alarm and turned to the branch manager. Upon being questioned by the manager, MARINO again demanded money and threatened the possession of a weapon. The bank employees walked away from the counter as MARINO turned, and MARINO thereafter suddenly exited the bank, and departed the vicinity. The Bank of America security guard observed MARINO walk toward the vicinity of a Walmart Supercenter, located at 2300 W. Atlantic Boulevard, Pompano Beach, Florida 33069.

7. The attempted bank robbery was recorded on Bank of America's video security cameras. This footage captured MARINO as he entered the bank, interacted with the victim teller, and subsequently departed the bank.

8. Responding law enforcement officers went to the Walmart Supercenter in search of the suspected bank robber. Upon arrival, officers were interacting with a Walmart security guard when they observed MARINO. MARINO was subsequently detained and a show-up was

conducted with the victim bank teller. The victim bank teller positively identified MARINO as the individual who attempted to rob the Bank of America.

9. MARINO was taken into custody and transported to the Broward Sheriff Office Pompano Beach district station to be interviewed. After waiving his *Miranda* Rights and agreeing to speak to law enforcement, MARINO confessed in a recorded stateent to entering the Bank of America, demanding money, and doing so by threatening the possession of a gun. Ultimately, no firearm was possessed or utilized by MARINO.

## CONCLUSION

10. Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that MARINO did knowingly attempt to take, by intimidation, from the persons and presence of employees of Bank of America, located at 21 S. Pompano Parkway, Pompano Beach, Florida 33069, United States currency belonging to, and in the care custody, control, management, and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

*FURTHER YOUR AFFIANT SAYETH NAUGHT.*

JESSIE APAZA
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed to and sworn before me
this 4th day of January, 2020.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE